**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**March 1, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

UNITED STATES OF AMERICA,

　　Plaintiff - Appellee,

v.

JEREMIAS SANCHEZ,

　　Defendant - Appellant.

Nos. 23-3023 & 23-3024
(D.C. Nos. 5:20-CR-40055-TC-1 &
5:22-CR-40028-TC-1)
(D. Kan.)

_____

**ORDER AND JUDGMENT**[*]

_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.[**]

_____

　　This matter is before the court on the parties' _Joint Motion to Vacate and Remand_ (the "Motion") in these consolidated appeals. Upon consideration, the Motion is GRANTED as set forth below.

　　We remand to the district court with instructions to vacate Defendant Jeremias Sanchez's sentences in case nos. 20-cr-40055 and 22-cr-40028, and to conduct any

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

[**] Because this matter is being on decided on a joint motion for remand to the district court, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. _See_ Fed. R. App. P. 34(f); 10th Cir. R. 34.1(G). The case is therefore submitted without oral argument.

and all proceedings necessary to resentence Mr. Sanchez consistent with the grounds presented in the Motion.

These appeals are dismissed. The Clerk shall issue the mandates forthwith.

Entered for the Court

Per Curiam